**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-7595**

_____

MICHAEL A. SINGLETON, f/k/a Michael A. Singleton, #1081861,

        Plaintiff - Appellant,

       v.

UNITED STATES, THE; NJ FEDERAL DISTRICT; 10 UNIDENTIFIED US
MARSHALS; WARDEN BERNARD MACKEY, Kirkland CI; SHERIFF AL
CANNON, Charleston County Detention Center; CLAYTON C. MOOD,
probation agent; KELLY KASIS SOLARS, Charleston County
Public Defender; ROBERT PHIPPS O'NEIL, attorney,

        Defendants – Appellees,

       and

SC FEDERAL DISTRICT; GREENVILLE SC DISTRICT COURT, THE;
MAGISTRATE JUDGE BRUCE H. HENDRICKS; DISTRICT COURT JUDGE C.
W. HOUCK; US DISTRICT JUDGE TERRY L. WOOTEN,

        Defendants.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Timothy M. Cain, District Judge.
(8:11-cv-01198-TMC)

_____

Submitted:  March 29, 2012      Decided:  April 3, 2012

_____

Before WILKINSON, KING, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

Michael A. Singleton, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Singleton appeals the district court's order accepting the magistrate judge's recommendation to dismiss his civil rights claims under 28 U.S.C. § 1915(e)(2)(B) (2006). Limiting our review to the issues raised in Singleton's informal brief, see 4th Cir. R. 34(b), we find no reversible error and affirm the district court's judgment. Singleton v. United States, No. 8:11-cv-01198-TMC (D.S.C. Nov. 10, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED